

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ronald Evan Richardson,

Vs. No. 11-18-00185-CR

The State of Texas,

* From the County Court at Law No. 2
of Ector County,
Trial Court No. 17-3670-CCL2.

* February 26, 2021

* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.